

# Fourth Court of Appeals
## San Antonio, Texas

February 13, 2019

No. 04-18-00749-CR

Modesto Celestino **GRANGER,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR2094
Honorable Jefferson Moore, Judge Presiding

# O R D E R

    Debra A. Doolittle's notification of late record is hereby NOTED. The reporter's record is due on or before February 19, 2019.

_____
Rebeca C. Martinez, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of February, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court